**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

---

IN RE:
JUSTICE ERICK MILLER

---

SCOTT J. GOLDSTEIN
LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
280 WEST MAIN STREET
DENVILLE, NJ  07834

JUSTICE ERICK MILLER
273 ELMWOOD AVE
EAST ORANGE, NJ  07018

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

**Chapter 13 Case No.:  21-18407VFP**

**HEARING DATE:  4/21/2022 at 10:00 am**

**ORAL ARGUMENT REQUESTED**

### NOTICE OF MOTION TO DISMISS PETITION

Marie-Ann Greenberg, Chapter 13 Standing Trustee, has filed papers with the Court for an Order Dismissing this case.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one, in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Order dismissing this case, or if you want the court to consider your views on the motion, then on or before seven (7) days before the scheduled hearing date of 04/21/2022, you or your attorney must:

File a **WRITTEN RESPONSE** in opposition to this motion explaining your position and send it to:

      US Bankruptcy Court
      Office of the Clerk
      50 Walnut St, Third Floor
      Newark, NJ 07102
        **and**
      Marie-Ann Greenberg
      Chapter 13 Standing Trustee
      30 Two Bridges Road
      Suite 330
      Fairfield, NJ  07004-1550

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

The hearing is scheduled to be held on 04/21/2022 at 10:00 am in the courtroom of Honorable Judge VINCENT F. PAPALIA, at US Bankruptcy Court, 50 Walnut St, Third Floor, B, Newark, NJ 07102.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the order granting relief.

Marie-Ann Greenberg, Esquire
Chapter 13 Standing Trustee

Dated: March 14, 2022

By: __/S/Marie-Ann Greenberg_____
      Marie-Ann Greenberg, Esquire

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

---

IN RE:

JUSTICE ERICK MILLER

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

**Chapter 13 Case No.:  21-18407VFP**

**CERTIFICATION IN SUPPORT OF MOTION**

I, Jackie Michaels, being of full age certify that:

- I am a paralegal for Marie-Ann Greenberg, Standing Trustee, and am familiar with the facts of this case.

- The secured creditor has obtained an Order Vacating the Automatic Stay.

- It is further submitted that the debtor(s), as of the date of this Certification, is delinquent a total of $4,920.00.

- For the reasons set forth above, the Trustee recommends that the case be dismissed.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willingly false, I am subject to punishment.

Dated:  March 14, 2022

By:   /S/  Jackie Michaels
          Jackie Michaels